# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STAMATIA KOSTOPOULOS,

     Plaintiff,

vs.

ONEWEST BANK, FSB, and
FINANCIAL FREEDOM
ACQUISITION, LLC, f/k/a Financial
Freedom Senior Funding Corporation,

     Defendants.

Civil Action No. 2:14-cv-12923-AC-MJH

Honorable Avern Cohn

Magistrate Michael J. Hluchaniuk

## STIPULATED ORDER SETTING DEADLINE FOR RESPONSE TO MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on the stipulation of the parties, Plaintiff having filed a motion for summary judgment on March 3, 2015 (Dkt. # 18), and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants shall have until April 21, 2015 to respond to the motion for summary judgment.

IT IS SO ORDERED.

                        s/Avern Cohn
                        UNITED STATES DISTRICT JUDGE

Dated: March 17, 2015

SO STIPULATED:

| | |
|---|---|
| /s/ Ziyad Kased (with consent) | /s/ Robert Hugh Ellis |
| Ziyad Kased (P72237) | Robert Hugh Ellis (P72320) |
| **KASED LAW PLLC** | **DYKEMA GOSSETT PLLC** |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 625 E. Big Beaver Rd., Ste 205 | 400 Renaissance Center |
| Troy, MI 48083 | Detroit, MI 48243 |
| (248) 680-7300 | (313) 568-5448 |
| ziyadkased@gmail.com | rellis@dykema.com |