**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

STAMATIA KOSTOPOULOS,

    Plaintiff,

                                                  Case No.  14-12923

v.                                                Hon. Avern Cohn

ONE WEST BANK, FSB, ET. AL.,

    Defendant.

_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

At a conference held on March 29, 2016, counsel indicated the case has settled and that the case can be dismissed without prejudice.

IT IS HEREBY ORDERED that this case is hereby dismissed.  Both sides can file a motion to reopen the case if they deem it appropriate.

                                                      S/Avern Cohn
                                                      AVERN COHN
                                                      UNITED STATES DISTRICT JUDGE

Dated: March 29, 2016

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 29, 2016, by electronic and/or ordinary mail.

                                                      S/Marie Verlinde
                                                      Case Manager